Electronically Filed
Intermediate Court of Appeals
30441
27-OCT-2011
09:24 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

WATERS OF LIFE LOCAL SCHOOL BOARD,
WATERS OF LIFE PUBLIC CHARTER SCHOOL,
RUDOLPH WEBSTER, CARRIE RUSS, and ROSE TORRES,
Plaintiffs-Appellees,
v.
CHARTER SCHOOL REVIEW PANEL, CHARTER SCHOOL
ADMINISTRATIVE OFFICE, BOARD OF EDUCATION OF THE STATE
OF HAWAI'I, DEPARTMENT OF EDUCATION OF THE STATE OF HAWAI'I,
Defendants-Appellants,
and
DOES 1-10, Defendants-Appellees

NO. 30441

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 09-1-0225)

OCTOBER 27, 2011

FOLEY, PRESIDING J., FUJISE AND LEONARD, JJ.

ORDER OF CORRECTION
(By:  Foley, Presiding Judge, for the court[1])

IT IS HEREBY ORDERED that the Opinion filed on October 21, 2011 is corrected as follows:  the portion of the caption that reads "APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT" shall read "APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT."

---

[1]  Foley, Presiding Judge, Fujise and Leonard, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:   Honolulu, Hawai'i, October 27, 2011.

FOR THE COURT:

Presiding Judge